**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Las Vegas Wave Group, LLC, | 2:25-cv-02044-JAD-MDC |
| Plaintiff(s), | **ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE (ECF No. 7)** |
| vs. | |
| The Wave Group Global, Inc., et al., | |
| Defendant(s). | |

Plaintiff filed a *Motion to Extend Time for Service.* ("Motion"). *ECF No. 7*. The Court **GRANTS** the Motion. The Court grants the request for additional time and will allow plaintiff until **March 9, 2026,** to serve defendant Foster Gillett ("Gillett").

## I.      LEGAL STANDARD

The Federal Rules of Civil Procedure provide for service within the United States pursuant to the law of the state in which the district court is located, or in which service is made. See, e.g., FRCP 4(e)(1). Rule 4 states that "the plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)[.]

There are several factors courts consider in evaluating a party's due diligence, including the number of attempts made to serve the defendant at his residence and other methods of locating defendants, such as consulting public directories and family members. See *Price v. Dunn*, 106 Nev. 100, 102-104, 787 P.2d 785, 786-787 (Nev. 1990).  Regarding extensions, "a district court may consider factors 'like statute of limitations bar, prejudice to the defendant, actual notice of a lawsuit, and eventual service.'" *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007) (quoting *Troxell v. Fedders of N. Am. Inc.*, 160 F.3d 381, 383 (7th Cir. 1998)).

## II.      ANALYSIS

Plaintiff provides a declaration of counsel, who states that Gillett is aware of this litigation and

the parties are discussing private mediation. *ECF No. 7 at 3-4*. Plaintiff's counsel further states that Gillett's counsel has indicated he will waive service in the event the parties are unable to agree to an early resolution of the case. *Id. at 4*. The Court has broad discretion to permit an extension under Rule 4 and grants plaintiff such extension. The defendants will not be prejudiced by a reasonable extension.

ACCORDINGLY,

**IT IS ORDERED that:**

1. Plaintiff's *Motion to Extend Time for Service* (ECF No. 7) is **GRANTED.**

2. Plaintiff has until February 19, 2026, to serve the defendant.

DATED: February 5, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge